Placeholder:

*Gatlin v. Welle, et al*

4:25-cv-00043

Exhibit 1 to Complaint