IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER GATLIN**  *Plaintiff,* | )<br>)<br>) |
| v. | )    **Cause No. 4:25-cv-00043-ACL**<br>) |
| **MATTHEW WELLE, et al**  *Defendants* | )<br>) |

### DEFENDANTS' MOTION TO AMEND PROPOSED PROTECTIVE ORDER

COME NOW Defendants St. Louis County, Matthew Schute, and Cody Goodwin, by and through undersigned counsel, and hereby move this Court to amend the proposed protective order filed by the other Parties in this case, (Doc. 82), and in support states as follows:

1. Throughout the winter of 2025 and early 2026, counsel for Plaintiff and Defendants collaborated on the drafting of a proposed protective order.

2. The purpose of doing so was a mutual agreement among the parties to this litigation that "during discovery it may be necessary to disclose certain confidential information relating to the subject matter of this action" and that "certain categories of such information should be treated as confidential, protected from disclosure outside this litigation, and used only for purposes of prosecuting or defending this action and any appeals." (Doc. 82-1).

3. Attorneys for both Plaintiff and Defendants were in agreement as to both the need for such an Order, as well as the type of general protections that were to be included therein.

4. On or about January 9, 2026, counsel for Plaintiff emailed all defense counsel a proposed draft of a proposed protective order. [Attached as Exhibit A. ]

5. That same day, defense counsel for Defendant Welle and Defendant City of St. Louis consented to Plaintiff's proposed protective order. [Attached as Exhibit B]

6. However, counsel for Defendants County, Schute, and Goodwin expressed concerns with some inadequacies and perceived omissions in the proposed protective order, and so on January 13, 2026, counsel for Defendants County, Schute, and Goodwin informed Plaintiff's counsel that these defendants would not consent to the proposed order as drafted, and in response counsel for Defendants County, Schute, and Goodwin sent Plaintiff's counsel their own version of a proposed protective order that offered privacy protections over and above those proposed by Plaintiff's counsel. [See co-counsel Sandra Zambrana's email to Plaintiff's counsel as well as Defendants' proposed protective order, attached as Exhibits C and D, respectively.]

7. With the exception of the added "ATTORNEYS EYES ONLY" privacy protections and the inclusion of a clawback provision, the protective order proposed by Defendants County, Schute, and Goodwin is substantially similar to that proposed by plaintiff.

8. Despite receiving notice of undersigned Defendants' reluctance to accept the proposed order as drafted, Plaintiff's counsel nevertheless filed a "Consent Motion For Protective Order" on January 15, 2026. (Doc. 82).

9. While Plaintiff's counsel may have obtained consent from some of the defendants, no consent to file such a proposed order was obtained on behalf of Defendants County, Schute, and Goodwin.

10. Defendants County, Schute, and Goodwin are hereby attaching a version of their proposed protective order. See Exhibit D.

WHEREFORE, for the above and foregoing reasons, Defendants County, Schute, and Goodwin respectfully request this Honorable Court grant their motion to amend the proposed protective order, and that this court deny the "Consent Motion for Protective Order" that was filed with this Court on or about January 15, 2026, and for any further relief the Court deems proper.

Respectfully submitted,

**DANA T. REDWING**
**ST. LOUIS COUNTY COUNSELOR**

By: */s/ Nicholas C. Lindley*
Nicholas C. Lindley #63038MO
Sandra Zambrana #61125
Assistant County Counselor
Office of the County Counselor
41 South Central Ave.
Clayton, MO 63105
(314) 934-0476
nlindley@stlouiscountymo.gov
*Attorneys for Defendants County, Schute, and Goodwin*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was transmitted this 22nd day of January, 2026 through the Court's electronic filing system.

*/s/ Nicholas C. Lindley*
Nicholas Lindley #63038MO