**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER GATLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:25-cv-00043-ACL |
| | ) |
| MATTHEW WELLE, et al. | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR LEAVE TO**
**FILE SECOND AMENDED COMPLAINT**

Plaintiff Christopher Gatlin requests this Court's leave to file his Second Amended Complaint.  In support, he states as follows:

1. In the course of discovery in the past months, Plaintiff has learned of the involvement of Amazon Web Services ("AWS") in the creation of the SMRT program used to wrongly identify Mr. Gatlin as a suspect.

2. Plaintiff's proposed Second Amended Complaint has added AWS as a defendant to this case.

3. Plaintiff has also added a civil conspiracy claim under § 1983 and removed previously dismissed counts against a prior defendant, SureScan.

4. Plaintiff's proposed Second Amended Complaint also removes pleading related to *Monell* claims dismissed by this Court in ruling on the City of St. Louis's Motion to Dismiss and fixes a few minor issues in the prior Amended Complaint.

5. This request is brought within the deadlines to amend and to add parties in the current case management order. ECF No. 102.

1

6. There is no opposition from the current parties to this Motion. Counsel for Defendants St. Louis City and Defendant Welle **consent** to Plaintiff's Motion. Counsel for Defendant Shute, Goodwin, and St. Louis County has advised that it has **no objection** to Plaintiff's Motion**.**

7. A red-line version of the proposed Second Amended Complaint is attached as Exhibit 1.

Date: August 13, 2026                    Respectfully Submitted,

**KHAZAELI WYRSCH LLC**
*/s/ John M. Waldron*
John M. Waldron, #70401MO
James R. Wyrsch, #53735MO
Javad M. Khazaeli, #53197MO
Leah M. Fessler, #76824MO
911 Washington Avenue, Suite 211
St. Louis, Missouri  63101
(314) 288-0777
(314) 400-7701 (Facsimile)
jack.waldron@kwlawstl.com
james.wyrsch@kwlawstl.com
javad.khazaeli@kwlawstl.com
leah.fessler@kwlawstl.com