**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **CHRISTOPHER GATLIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:25-cv-00043-ACL** |
| | ) | |
| **MATTHEW WELLE., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

---

**Option 1**

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for ____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____________.

---

**Option 2**

In accordance with the Court's Order Referring Case to ADR,

X A final ADR conference was held on: July 13, 2026.

X All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐ The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
________________________________________________________________________.
________________________________________________________________________

The ADR referral was concluded on July 13, 2026 and the parties [☐ did X did not] achieve a settlement.

---

**Option 3**

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

8/31/2026
Date

/s/ Bradley A. Winters
Neutral