**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER GATLIN,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WELLE, et al.,<br><br>Defendants. | Case No. 4:25-cv-00043-ACL |

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD**

Defendant Amazon Web Services, Inc. (AWS"), with consent from Plaintiff Christopher Gatlin, hereby requests an extension of time to Answer or otherwise plead in response to Plaintiff's Second Amended Complaint. In support of its motion, AWS states:

1. Plaintiff filed a Second Amended Complaint against AWS and other defendants on August 13, 2026. Plaintiff alleges causes of action against AWS for strict product liability, negligent design, negligent failure to warn, negligent training, and negligence.

2. AWS was served on August 19, 2026.

3. AWS requests an extension of time to respond to Plaintiff's Second Amended Complaint, to and including September 21, 2026.

4. Plaintiff consents to AWS's requested extension of time.

5. No party will be prejudiced by the requested extension.

For the foregoing reasons, AWS respectfully requests that this Court grant its Motion for Extension of Time to Answer or Otherwise Plead, and for any additional relief the Court deems appropriate and just.

Dated: September 4, 2026

Respectfully submitted,

By: */s/ Kevin C. McGinley*

Kevin C. McGinley #58220 (MO)
Lindsay K. Gilmore, #72815 (MO)
Thompson Coburn LLP
1405 N. Green Mount Road, Suite 300
O'Fallon, IL 62269
P: 618 680 4200 F: 618 236 3434
kmcginley@thompsoncoburn.com
lgilmore@thompsoncoburn.com

*Attorneys for Defendant Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 4th day of September, 2026, a true and correct copy of the foregoing was filed electronically with the Court, to be served via the Court's electronic filing system on all counsel of record.

*/s/ Kevin C. McGinley*