**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER GATLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-00043-ACL |
| | ) | |
| MATTHEW WELLE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff states as follows:

1. On August 13, Plaintiff filed his Second Amended Complaint, joining Amazon Web Services, Inc. ("AWS") as a Defendant in the case. ECF No. 105.
2. AWS filed a Motion to Dismiss and Memorandum in Support on September 28, 2026. ECF No. 120.
3. While Plaintiff believes his petition contains enough facts to survive the Motion to Dismiss, he would prefer to amend to add additional facts and avoid two rounds of briefing on the issue.
4. Plaintiff's proposed Third Amended Complaint adds facts about the connection between the AWS product Rekognition and the SMRT program that wrongly identified Mr. Gatlin. It also adds further facts about the foreseeability of the misuse of the product by law enforcement officers. Last, it fixes several typographical issues in the Second Amended Complaint. A red-line copy of the proposed Third Amended Complaint is attached as Exhibit 1.
5. Leave to amend should be freely granted. Fed. R. Civ. P. 15 (a)(2).

6. Because of the addition of AWS to the case, the Case Management Order was recently extended, and the Third Amended Complaint would not prejudice any parties or affect any deadlines.
7. Defendants St. Louis City, St. Louis County, and AWS have all consented to the filing of this motion. Counsel for Defendant Welle has not yet responded to the request.
8. If this Court denies Plaintiff's Motion for Leave, Plaintiff requests 7 additional days from the Court's order to file an opposition to Defendant's Motion to Dismiss.

Dated: October 20, 2026

**KHAZAELI WYRSCH, LLC**

*/s/ John M. Waldron*

John M. Waldron, 70401MO
James R. Wyrsch, 53197MO
Javad M. Khazaeli, 53735MO
911 Washington Avenue, Suite 211
St. Louis, Missouri 63101
(314) 288-0777
(314) 400-7701 (Fax)
jack.waldron@kwlawstl.com
james.wyrsch@kwlawstl.com
javad.khazaeli@kwlawstl.com